UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-9862-DMG (OP) | Date | March 8, 2011 |
|---|---|---|---|
| Title | Deshawn Leslie v. Warden | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **ORDER TO SHOW CAUSE**

On December 22, 2010, Deshawn Leslie ("Petitioner") filed A Request for Extension of Time to file a request for stay and abeyance pending exhaustion of a state habeas corpus petition. However, Petitioner did not file a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 along with his request for extension of time. On January 20, 2011, the Court denied Petitioner's request but ordered him to file his § 2254 petition no later than February 20, 2011. To date, the Court has not received the § 2254 petition.

Accordingly, Petitioner is ordered to show cause no later than April 8, 2011, why this case should not be dismissed for failure to prosecute. The filing of Petitioner's § 2254 petition on or before April 7, 2011, shall be deemed compliance with this Order to Show Cause. Petitioner's failure to do so shall result in the Court recommending that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                                                    :
                                            Initials of          MG
                                            Preparer